**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ROHAN DHRUVA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CURIOSITYSTREAM INC.,<br><br>Defendant. | No. 1:23-cv-02265-SAG |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS**

Defendant CuriosityStream Inc. ("CuriosityStream"), by and through its undersigned counsel, moves to compel arbitration of this action and for a dismissal with prejudice under the Federal Arbitration Act, 9 U.S.C. § 1 et seq. ("FAA") and Maryland law. As fully explained in the attached Memorandum in Support, Plaintiffs assented to and are bound by a valid agreement to arbitrate disputes on an individual basis. The Court should enforce the parties' agreement by compelling arbitration and dismissing the class claims.

WHEREFORE, Defendant CuriosityStream respectfully requests that the Court order Plaintiffs to arbitrate their claims against CuriosityStream on an individual basis pursuant to the Parties' arbitration agreement and dismiss the Complaint with prejudice.

Dated: October 5, 2023

Respectfully submitted,

*/s/ Laurel LaMontagne*

Laurel LaMontagne, Esq. (No. 21180)
ArentFox Schiff LLP
1717 K Street, NW
Washington D.C., 20006
T: 202-857-6325
F: 202-857-6395
laurel.lamontagne@afslaw.com

*Counsel for Defendant CuriosityStream, Inc.*