**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROHAN DHRUVA,** *et al*., for themselves and others similarly situated, | * | |
| | * | Civil Action No. 1:23-cv-02265-SAG |
| Plaintiffs. | | |
| v. | * | |
| **CURIOSITYSTREAM INC.**, | * | |
| Defendant. | * | |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs bring to the Court's attention a recent order in the matter captioned *Geoffrey Strehl v. Guitar Center, Inc.*, 23-cv-02603-JAK, ECF No. 40 (C.D. Cal. Nov. 3, 2023), attached as **Exhibit 1**. This order is relevant to Defendant's pending motion to compel arbitration and dismiss. ECF No. 21. In *Guitar Center*, the court held that a plaintiff, represented by the same firm here, was not compelled to arbitrate his claims where he clicked an order button with text stating: "By placing your order, you agree to Guitar Center's Purchase Terms and Conditions." Ex. 1, at 3 and 13. The *Guitar Center* court held that "a reasonably prudent website user would not have adequate notice of the arbitration provision, even if the second 'Purchase Order' button is selected." *Id*. at 13; *accord Sadlock v. Walt Disney Co*., 2023 WL 4869245, at *9-*10 (N.D. Cal. July 31, 2023) (holding that a plaintiff was not compelled to arbitrate based on a similar screen, even though he was compelled to arbitrate based on different email notices).[1]

Dated: November 7, 2023

By: */s/ Stefan Bogdanovich*
Stefan Bogdanovich

L. Timothy Fisher (*pro hac vice*)
Neal J. Deckant (*pro hac vice*)

[1] In his opposition brief, Plaintiffs' counsel erroneously stated the *Sadlock* court did not compel arbitration at all and apologizes for this oversight.

Stefan Bogdanovich (*pro hac vice*)
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ndeckant@bursor.com
sbogdanovich@bursor.com

William N. Sinclair (Bar No. 28833)
bsinclair@silvermanthompson.com
Silverman Thompson Slutkin & White, LLC
400 E. Pratt St., Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

*Attorneys for Plaintiffs*