**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **ROHAN DHRUVA, *et al.*,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. SAG-23-2265** |
| | * | |
| **CURIOSITYSTREAM INC.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 15th day of November, 2023, ORDERED that Defendant's Motion to Compel Arbitration and Dismiss, ECF 21, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge