**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROHAN DHRUVA,** *et al.*, for themselves and all others similarly situated, | * | |
| Plaintiffs, | * | Civil Action No. 1:23-cv-02265-SAG |
| v. | * | |
| **CURIOSITYSTREAM INC.**, | * | |
| Defendant. | * | |

**PLAINTIFFS' MOTION TO APPOINT BURSOR & FISHER, P.A.**
**AS INTERIM CLASS COUNSEL**

Plaintiffs Rohan Dhruva and Joshua Stern, by and through their undersigned counsel, move the Court for an order appointing their counsel L. Timothy Fisher, Neal Deckant, and Stefan Bogdanovich of Bursor & Fisher, P.A. ("B&F") Interim Class Counsel of this class action pursuant to Federal Rule of Civil Procedure 23(g).

The motion is based on this Motion, the accompanying Memorandum of Points and Authorities, the Declarations of L. Timothy Fisher and Stefan Bogdanovich, any oral arguments to be made at the hearing on this motion, and any other matter the Court may wish to consider.

Dated: November 22, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (*pro hac vice*)
Neal J. Deckant (*pro hac vice*)
Stefan Bogdanovich (*pro hac vice*)
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

E-mail: ltfisher@bursor.com
ndeckant@bursor.com
sbogdanovich@bursor.com

William N. Sinclair (Bar No. 28833)
bsinclair@silvermanthompson.com
Silverman Thompson Slutkin & White, LLC
400 E. Pratt St., Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

*Attorneys for Plaintiffs*