**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ROHAN DHRUVA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CURIOSITYSTREAM INC.,<br><br>Defendant. | No. 1:23-cv-02265-SAG |

**DEFENDANT'S MOTION FOR RECONSIDERATION**

Defendant CuriosityStream Inc. ("Defendant" or "CuriosityStream") respectfully moves this Court, under Local Rule 105.10 and Federal Rules of Civil Procedure 54 and 59, for reconsideration of the Memorandum Opinion (ECF 26) issued on November 15, 2023, denying Defendant's Motion to Compel Arbitration (ECF 21). As fully explained in the attached Memorandum in Support, reconsideration is appropriate here because Plaintiffs were given adequate notice of Defendant's Terms of Use and there is a clear error of law in that the Court denied Defendant's motion based on an unsupported finding of ambiguity in the Terms of Use.

WHEREFORE, CuriosityStream respectfully requests that the Court reconsider its Memorandum Opinion and order Plaintiffs to arbitrate their claims against CuriosityStream pursuant to the Parties' arbitration agreement.

Dated: November 29, 2023

Respectfully submitted,

*/s/ Laurel LaMontagne*

Laurel LaMontagne, Esq. (No. 21180)
ArentFox Schiff LLP
1717 K Street, NW
Washington D.C., 20006
T: 202-857-6325
F: 202-857-6395
laurel.lamontagne@afslaw.com

*Counsel for Defendant CuriosityStream Inc.*