UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROHAN DHRUVA, et al.

    Plaintiffs,

  v.

CURIOSITYSTREAM INC.,

    Defendant.

No. 1:23-cv-02265-SAG

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1), and Rule 4(a) of the Federal Rules of Appellate Procedure, Defendant CuriosityStream Inc. ("CuriosityStream") hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's November 15, 2023 Memorandum Opinion (ECF No. 26) and Order (ECF No. 27) denying CuriosityStream's Motion to Compel Arbitration and Dismiss.

Dated: December 14, 2023

Respectfully submitted,

 */s/ Laurel LaMontagne*
Laurel LaMontagne, Esq. (No. 21180)
ArentFox Schiff LLP
1717 K Street, NW
Washington D.C., 20006
T: 202-857-6325
F: 202-857-6395
laurel.lamontagne@afslaw.com

*Counsel for Defendant CuriosityStream Inc.*

2

## **CERTIFICATE OF SERVICE**

I herby certify that on December 14, 2023, the foregoing Notice of Appeal was electronically filed with the Court's CM/ECF system and served on all counsel of record.

                                               */s/ Laurel LaMontagne*
                                               Laurel LaMontagne