**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **ROHAN DHRUVA, *et al.*,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. SAG-23-2265** |
| | * | |
| **CURIOSITYSTREAM INC.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 17th day of January, 2024, ORDERED that:

1. Defendant's Motion for Reconsideration, ECF 32, is DENIED; and
2. Plaintiffs' Motion to Appoint Bursor & Fisher, P.A. as Interim Class Counsel, ECF 28, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge