**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

April 25, 2025

LETTER ORDER

Re: Dhruva v. CuriousityStream, Inc.
Civil Case No. SAG-23-2265

Dear Counsel:

The Fourth Circuit has instructed this Court to conduct further proceedings consistent with its March 10, 2025 decision. ECF 54. The Fourth Circuit's mandate has now issued. ECF 57.

It is this Court's view that the proper next step is for it to grant the Motion to Compel Arbitration, ECF 21, and stay the case. The parties are accordingly directed to provide this Court with a joint status update no later than May 9, 2025, outlining the parties' positions on what, if any "further proceeding consistent with" the Fourth Circuit's decision this Court should undertake.

Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge